UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL WRIGHT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC. d/b/a JANSSEN,<br><br>Defendant. | Case No. 2:23-cv-21106-SDW-ESK<br><br>JUDGE SUSAN D. WIGENTON<br><br>MAGISTRATE JUDGE EDWARD S. KIEL |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Michael Wright pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Johnson & Johnson Health Care Systems, Inc. d/b/a Janssen without prejudice.

Dated: October 24, 2023

Respectfully submitted,

*s/ Vicki J. Maniatis*
Vicki J. Maniatis, Esq. (NJ – 001321994)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Phone: (212) 594-5300
vmaniatis@milberg.com

SO ORDERED.

/s/ Susan D. Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: October 25, 2023

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 24, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*s/ Vicki J. Maniatis*
Vicki J. Maniatis, Esq. (NJ – 001321994)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Phone: (212) 594-5300
vmaniatis@milberg.com